tiorari granted. *Denis M. Hurley* and *Seymour B. Quel* for petitioner. *Edward R. Brumley* for respondent.

No. 205. UNITED STATES *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL.; and

No. 206. COUNTY OF MINERAL, NEVADA, *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari granted. *Solicitor General Perlman* for the United States. *L. E. Blaisdell* for Mineral County, Nevada. *Everett C. McKeage* for the Public Utilities Commission of California; and *Henry W. Coil* and *Donald J. Carman* for the California Electric Power Co., respondents.

No. 218. MARTINEZ *v.* NEELLY, SUCCESSOR TO JORDAN, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari granted. *Eugene Cotton* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Kenneth C. Shelver* for respondent.

No. 226. LAURITZEN *v.* LARSEN. C. A. 2d Cir. Certiorari granted. *James M. Estabrook* for petitioner. *Archibald McGrath, Richard M. Cantor* and *George Halpern* for respondent. Briefs of *amici curiae* supporting the petition were filed by *John Lord O'Brian* for the Royal Danish Government; *Lawrence Hunt* and *Wilbur E. Dow, Jr.* for the United Kingdom of Great Britain and Northern Ireland; *Frank Marcellino* for the Government of the Kingdom of the Netherlands; and *James S. Hemingway* for the Royal Norwegian Government. *Mr. Cantor* and *Mr. Halpern* filed a brief for the Seafarers International Union of North America et al., as *amici curiae,* opposing the petition.